JUDGE DAVID GUADERRAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2015 AUG 12 PM 2: 07

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-15-CR- |
| Plaintiff, | § | INDICTMENT |
| v. | § | CT 1: 8 U.S.C. § 1326(a) - Illegal Re-Entry |
| CARLOS LOPEZ-BENITEZ, | § | |
| Defendant. | § | |

**EP15CR1310**

THE GRAND JURY CHARGES:

COUNT ONE
(8 U.S.C. § 1326(a))

On or about July 19, 2015, in the Western District of Texas, Defendant,

**CARLOS LOPEZ-BENITEZ,**

an alien, who had previously been excluded, deported, and removed from the United States on or about September 17, 2002, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney