

FILED

SEP 10 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | Case Number: EP:15-CR-01310(1)-DCG G |
| (1) Carlos Lopez-Benitez<br>*Defendant* | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## FED.R.CRIM.P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, (1) Carlos Lopez-Benitez, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this 10th day of September, 2015.

X *Carlos Lopez Benitez*
(1) Carlos Lopez-Benitez
*Defendant*

_____
Selena N. Solis
*Attorney for Defendant*