# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

Case Number: 3:15-CR-01310-DCG(1)
USM Number: 55939-380

CARLOS LOPEZ-BENITEZ

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, CARLOS LOPEZ-BENITEZ, was represented by Selena N. Solis.

The defendant pled guilty to Count 1 of the Indictment on September 10, 2015. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 8 U.S.C. 1326   Reentry Of Deported Aliens | 07/19/2015 | 1 |

As pronounced on December 1, 2015, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this __3rd__ day of December, 2015.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

Case 3:15-cr-01310-DCG   Document 34   Filed 01/20/16   Page 2 of 2
Case 3:15-cr-01310-DCG   Document 32   Filed 12/03/15   Page 2 of 3

AO 245B (Rev. TXW 9/15) Judgment in a Criminal Case                                                Judgment -- Page 2 of 3

DEFENDANT:      CARLOS LOPEZ-BENITEZ
CASE NUMBER:    3:15-CR-01310-DCG(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of six (6) months with credit for time served while in custody for this federal offense.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on  1-18-16  to _____
at _____, with a certified copy of this Judgment.

almonte
United States Marshal

By
_____
Deputy Marshal